1  MARK PALLEY, Cal. Bar No. 120073
   Email: mp@marionsinn.com
2  DAVID B. ANDERSON, Cal. Bar No. 273419
   Email: dba@marionsinn.com
3  MARION'S INN LLP
   1611 Telegraph Avenue, Suite 707
4  Oakland, California 94612-2145
   Telephone: (510) 451-6770
5  Facsimile: (510) 451-1711

6  Attorneys for Defendant
   Kaiser Foundation Health Plan, Inc.
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                             FRESNO DIVISION

11

12  DOCTORS MEDICAL CENTER OF           ) Case No. 1:12-cv-01381-AWI-SMS
    MODESTO, INC., a California Corporation, )
                                         ) ORDER ON STIPULATION TO
13              Plaintiff,               ) EXTEND DEFENDANT KAISER'S
                                         ) TIME TO RESPOND TO PLAINTIFF
14  v.                                   ) DOCTORS MEDICAL CENTER, INC.'S
                                         ) COMPLAINT
15  KAISER FOUNDATION HEALTH PLAN,       )
    INC., a California Corporation; and DOES 1 ) Complaint served:      7/23/2012
16  through 25, inclusive,                ) Removal date:          8/22/2012
                                         ) Current response date: 9/24/2012
17              Defendants.              ) New response date:     10/8/2012
                                         )

18
        WHEREAS plaintiff Doctors Medical Center of Modesto, Inc. ("Doctors") served its
19
   complaint on defendant Kaiser Foundation Health Plan, Inc. ("Kaiser") on July 23, 2012;
20
        WHEREAS Kaiser removed this action to this court on August 22, 2012;
21
        WHEREAS the parties stipulated to extend the time for Kaiser to file a responsive
22
   pleading to Doctors' complaint up to and through September 24, 2012;
23
        WHEREAS the parties continue to engage in good faith and productive discussions
24
   regarding potential resolution of certain causes of action in this matter and believe that a further
25
   extension of Kaiser's time to file a response to Doctors' complaint is the most efficient and
26
   economical manner in which to proceed,
27

28

---

ORDER ON THE PARTIES' STIPULATION
TO EXTEND TIME FOR KAISERS' RESPONSIVE PLEADING
No. 1:12-cv-01381-AWI-SMS

-1-

1    THE PARTIES HEREBY STIPULATE, pursuant to C.A.E.D. Local Rules 143 and 144, to request that the court enter an order extending Kaiser's time to respond to Doctors' complaint shall be extended further by fourteen (14) days up to and through Monday, October 8, 2012.

Respectfully submitted,

Dated: September 20, 2012

                                              MARION'S INN LLP

                                              By: /s/ *David B. Anderson*
                                                   David B. Anderson

                                              Attorneys for defendant
                                              Kaiser Foundation Health Plan, Inc.

Dated: September 20, 2012

                                              HELTON LAW GROUP, A.P.C.

                                              By: /s/ *Kim Worobec*
                                                   Kim Worobec

                                              Attorney for plaintiff
                                              Doctors Medical Center of Modesto, Inc.

    Having considered the parties' above stipulation, and finding good cause therefor, IT IS SO ORDERED that defendant Kaiser Foundation Health Plan, Inc., shall have up to and through Monday, October 8, 2012, by which to file such pleading.

**IT IS SO ORDERED.**

DATED: 9/21/2012                        By: /s/ SANDRA M. SNYDER
                                                   United States Magistrate Judge