1  MARK PALLEY, Cal. Bar No. 120073
   Email: mp@marionsinn.com
2  DAVID B. ANDERSON, Cal. Bar No. 273419
   Email: dba@marionsinn.com
3  MARION'S INN LLP
   1611 Telegraph Avenue, Suite 707
4  Oakland, California 94612-2145
   Telephone:  (510) 451-6770
5  Facsimile:  (510) 451-1711

6  Attorneys for Defendant
   Kaiser Foundation Health Plan, Inc.
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                     FRESNO DIVISION

11

12 DOCTORS MEDICAL CENTER OF           ) Case No. 1:12-cv-01381-AWI-SMS
   MODESTO, INC., a California Corporation, )
13                                      ) ORDER ON STIPULATION TO
              Plaintiff,                ) EXTEND DEFENDANT KAISER'S
14                                      ) TIME TO RESPOND TO PLAINTIFF
   v.                                   ) DOCTORS MEDICAL CENTER, INC.'S
15                                      ) COMPLAINT
   KAISER FOUNDATION HEALTH PLAN,       )
   INC., a California Corporation; and DOES 1 ) Complaint served:       7/23/2012
16 through 25, inclusive,               ) Removal date:           8/22/2012
                                        ) Current response date:  9/24/2012
17            Defendants.               ) New response date:     10/8/2012
                                        )

18

19     WHEREAS plaintiff Doctors Medical Center of Modesto, Inc. ("Doctors") served its

20 complaint on defendant Kaiser Foundation Health Plan, Inc. ("Kaiser") on July 23, 2012;

21     WHEREAS Kaiser removed this action to this court on August 22, 2012;

22     WHEREAS the parties stipulated to extend the time for Kaiser to file a responsive

23 pleading to Doctors' complaint up to and through September 24, 2012;

24     WHEREAS the parties continue to engage in good faith and productive discussions

25 regarding potential resolution of certain causes of action in this matter and believe that a further

26 extension of Kaiser's time to file a response to Doctors' complaint is the most efficient and

27 economical manner in which to proceed,

28

THE PARTIES HEREBY STIPULATE, pursuant to C.A.E.D. Local Rules 143 and 144, to request that the court enter an order extending Kaiser's time to respond to Doctors' complaint shall be extended further by fourteen (14) days up to and through Monday, October 8, 2012.

Respectfully submitted,

Dated: September 20, 2012

                    MARION'S INN LLP

                    By:  /s/ *David B. Anderson*
                           David B. Anderson

                    Attorneys for defendant
                    Kaiser Foundation Health Plan, Inc.

Dated: September 20, 2012

                    HELTON LAW GROUP, A.P.C.

                    By:  /s/ *Kim Worobec*
                           Kim Worobec

                    Attorney for plaintiff
                    Doctors Medical Center of Modesto, Inc.

Having considered the parties' above stipulation, and finding good cause therefor, IT IS SO ORDERED that defendant Kaiser Foundation Health Plan, Inc., shall have up to and through Monday, October 8, 2012, by which to file such pleading.

**IT IS SO ORDERED.**

DATED: 9/21/2012          By: /s/ SANDRA M. SNYDER
                                       United States Magistrate Judge