IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | 1:12-CV-01381 AWI SMS<br><br>ORDER VACATING NOVEMBER 26, 2012 HEARING AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. No. 11) |

 Currently pending before this Court is Defendant Kaiser Foundation, Inc.'s Motion to Dismiss the Third, Fourth, Fifth, and Sixth Causes of Action. *See* Court's Docket, Doc. No. 11. This motion is set for hearing on November 26, 2012, at 1:30 p.m. in Courtroom 2. Plaintiff has filed an opposition, and Defendant has filed a reply. *See id.* Doc. Nos. 15, 17. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. *See* Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 26, 2012, is VACATED, and the parties shall not appear at that time. As of November 26, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  November 20, 2012

                UNITED STATES DISTRICT JUDGE